## THE LAW OFFICE OF
# ELISA HYMAN, P.C.

---

The Honorable Paul A. Engelmayer,
United States District Judge
United States District Court
for the Southern District of New York
40 Foley Square
New York, NY 10007

September 12, 2025

RE: <u>E.O., et al. v. N.Y.C. D.O.E., et al.</u>, 24-cv-09152 (PAE)

Dear Judge Engelmayer:

I represent Plaintiffs in the above-referenced litigation[1], and am writing jointly with Defendants' counsel to provide an update on the status of settlement. The parties apologize for the lateness of this filing as I mis-calendared the submission date.

Plaintiffs provided Defendants with a settlement demand on April 24, 2025 and then submitted attorney's fees records for the federal action and underlying administrative action on July 7, 2025.[2] At this time, Defendants are still reviewing Plaintiffs' settlement demand and still need to seek authority before they can make an offer.

The parties respectfully request another 30-day stay of the proceedings to allow time for the parties to continue to explore the possibility of settlement. The parties propose the submission of an updated settlement status letter no later than October 10, 2025.

Respectfully submitted,

*Jay Weinstein*
Jay Weinstein
Of Counsel
Attorney for Plaintiffs

cc: All counsel of record

---

[1] This action was brought by E.O. on behalf of herself and her minor child N.I., a young student diagnosed with autism spectrum disorder ("ASD"), under the Individuals with Disabilities Education Improvement Act ("IDEA"), 20 U.S.C. § 1400, et seq., , Section 504 of the Rehabilitation Act, 29 U.S.C. § 794 ("Section 504"), and 42 U.S.C. § 1983 ("Section 1983"). See Amended Complaint, ECF No. 18.
[2] The attorney's fees for the federal action may need to be updated after we arrive at settlement on the underlying implementation issues.

1115 BROADWAY, 12TH FLOOR
NEW YORK, NY 10010

40 WEST 24TH STREET
NEW YORK NY 10010

WWW.SPECIALEDLAWYER.COM

GRANTED.

The Court thanks the parties for this update. The next status letter is due October 10, 2025.

SO ORDERED.

Date: September 17, 2025
      New York, New York

Paul A. Engelmayer
United States District Judge