

| | THE CITY OF NEW YORK | |
|---|---|---|
| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | KIMBERLY L. ROC, ESQ.<br>Phone: (212) 356-2555<br>kroc@law.nyc.gov |

October 10, 2025

**By ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:  E.O. v. The New York City Department of Education, et al.
        Docket No. 24-CV-9152 (PAE)

Your Honor:

  I am the Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. I write jointly with Plaintiffs' counsel, Jay T. Weinstein, Esq., with The Law Office of Elisa Hyman, P.C., to provide a status update regarding settlement negotiations.

  On April 24, 2025 Plaintiffs provided Defendants with their settlement demand as to their underlying implementation issues. Since then, the parties were able to successfully resolve a component of Plaintiffs' proposed settlement demand. Today, October 10, 2025, Defendants have provided Plaintiffs' with a settlement offer on their remaining implementation claims and Plaintiffs need time to review and consider the settlement offer. The parties remain optimistic that this case may be able to be resolved through a negotiated settlement but need additional time to do so.

  In light of the above the parties respectfully propose a further 31-day extension of the stay from October 24, 2025 to November 24, 2025. The parties further propose that they submit another status update to the Court by November 10, 2025.

  Thank you for your consideration.

                     Respectfully submitted,

/s/ *Kimberly L. Roc*
Kimberly L. Roc
Assistant Corporation Counsel

**Via ECF & U.S. Mail**
Plaintiffs' Counsel

GRANTED.

The Court thanks the parties for this update. The next status letter is due November 10, 2025.

SO ORDERED.

Date: October 15, 2025
      New York, New York

Paul A. Engelmayer
United States District Judge